ROSENWEIG, Respondent, v. VON BAUER et al., Appellants. (Supreme Court, Appellate Term. February 25, 1901.) Action by Joseph Rosenweig against Annie C. Von Bauer and others. From a judgment for defendants appeal. Affirmed. See 65 N. Y. Supp. 718. W. S. Maddox, for appellants. J. Bogart, for respondent.

ANDREWS, P. J. This action is brought to recover $400 for work done upon four buildings situated on West 117th street, in the city of New York, and for material furnished in connection with such work, and has been tried twice. On the first trial the plaintiff recovered a judgment of $200, with costs, which was reversed by the appellate term on the ground that there was not sufficient proof of the plaintiff's damages, or of the reasonable value of the work actually done by him under the contract. Upon the last trial such proof was furnished and abundantly supports the judgment which was rendered. As I cannot discover that any

error of law was committed upon the trial, I am of the opinion that the judgment should be affirmed, with costs.